UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RUBEN WILLIAMS** | **CIVIL ACTION NO.** |
| **VERSUS** | **DISTRICT JUDGE:** |
| **HOME DEPOT U.S.A., INC.** | **MAGISTRATE JUDGE:** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**NOTICE OF REMOVAL**</u>

Defendant, Home Depot U.S.A., Inc., ("Home Depot"), hereby removes the action captioned "*Ruben Williams v. Home Depot U.S.A., Inc.*" bearing docket number 2020-08004, Division "M" on the docket of the Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana. In support of this Notice of Removal, Home Depot pleads the following grounds:

I.

On September 23, 2020 this civil action was filed by plaintiff, Ruben Williams ("Plaintiff"), in the Civil District Court for the Parish of Orleans, State of Louisiana, bearing docket number 2020-08004, Division "M". *See* Declaration of Counsel, attached hereto as **Exhibit A** and Petition for Damages, attached hereto as **Exhibit B**.

II.

In Plaintiff's Petition, it is alleged that on February 3,2020 while shopping at the Home Depot Store in New Orleans, Louisiana, Plaintiff slipped on a clear liquid substance. Plaintiff seeks to recover damages for personal injuries allegedly sustained as a result of the accident. *See generally*, **Exhibit B**, Petition for Damages. ¶ 2.

III.

Plaintiff alleges in his Petition that he is, at the time of the filing of this action, a resident, domiciliary, and citizen of the State of Louisiana. *See generally*, **Exhibit B**, Petition for Damages.

IV.

Defendant, Home Depot U.S.A., Inc. was at the time of the filing of this action and still is, a foreign corporation incorporated under the laws of Delaware, with its principal place of business in Atlanta, Georgia. Thus, Home Depot U.S.A, Inc. is a citizen of the states of Delaware and Georgia. *See* **Exhibit A,** Declaration of Counsel.

V.

No other defendants have been named in the suit, aside from Home Depot and therefore, the consent of other defendants is not required.

VI.

The Petition and Citation were served on Home Depot through its registered agent for service of process on October 19, 2020. *See* **Exhibit A,** Declaration of Counsel.

VII.

On the face of the Petition, it is apparent that this action is within the original jurisdiction of this Court under the provisions of 28 U.S.C. §1332; specifically, the Petition demonstrates that the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. *See* **Exhibit B**, Petition for Damages.

VIII.

First, the Petition alleges that Plaintiff's damages may exceed the specific amount of damages necessary to establish the right to a jury trial, which, under Louisiana law, is $50,000. *See* **Exhibit B**, Petition for Damages, ¶ 3; LA CCP art. 1732. Second, the Petition alleges that Plaintiff suffered "serious injuries and damages" specifically described as "severe and painful personal injuries which required surgical repair." *See* **Exhibit B**, Petition for Damages, ¶¶ 3, 4. Plaintiff also alleges that he is entitled to "present and future physical and mental pain and suffering and disability; and medical expenses, past and future." *See* **Exhibit B**, Petition for Damages, ¶ 6.

IX.

The surgical repair alone places the amount in controversy in excess of the jurisdictional requirements of this Court. When combined with Plaintiff's assertion that the amount in controversy meets the $50,000 minimum for a jury trial in Louisiana, the amount in controversy requirement for diversity jurisdiction is satisfied and is facially apparent from Plaintiff's Petition. *See* **Exhibit B**; *Pelas v. EAN Holdings, LLC*, CIV.A. 11-2876 (E.D. La. Jan. 11, 2012), 2012 WL 85841; *Corkern v. Outback Steakhouse of Florida, Inc.*, CIV. A. 05-5487 (E.D. La. Feb. 6, 2006), 2006 WL 285994.

X.

Considering all of the above, this is a civil action within the original jurisdiction of this Court under the provisions of 28 U.S.C. §1332, and is thus removable to this Court pursuant to the provisions of 28 U.S.C. §1441, *et seq.*, because the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

XI.

In compliance with 28 U.S.C §1446(a), a copy of all process, pleadings and orders served upon Defendant to date in state court have been filed contemporaneously herewith in the certified copy of the state court record attached hereto as **Exhibit B**.

XII.

In compliance with the requirements of 28 U.S.C. § 1446(b)(3), this notice of removal is filed "within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable."

XIII.

As noted above, Home Depot was first placed on notice that the amount in controversy

exceeds $75,000, exclusive of interests and costs, on October 19, 2020 upon service of Plaintiff's Petition for Damages indicating he underwent a required surgical repair and his damages may exceed the specific amount of damages necessary to establish the right to a jury trial. *See* **Exhibit A**, Declaration of Counsel.

XIV.

In compliance with 28 U.S.C. §1446 (d), Defendant hereby certifies that this notice of removal is being served contemporaneously herewith to all adverse parties, and to the Clerk of Court of the Civil District Court for the Parish of Orleans, State of Louisiana.

**WHEREFORE**, defendant, Home Depot U.S.A., Inc, prays that this cause be removed from the Civil District Court for the Parish of Orleans, State of Louisiana, to this Honorable Court, to proceed thereafter in the United States District Court for the Eastern District of Louisiana.

                                      Respectfully submitted,
                                      */s/ Lacresha D. Wilkerson*
                                  M. Davis Ready, T.A. (Bar No. 24616)
                                  Megan S. Peterson (Bar No. 34026)
                                  Lacresha D. Wilkerson (Bar No. 36084)
                                  SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
                                  1100 Poydras Street, 30th Floor
                                  New Orleans, Louisiana 70163
                                  Telephone: (504) 569-2030
                                  Facsimile: (504) 569-2999
                                  Email:    davisr@spsr-law.com
                                                    meganp@spsr-law.com
                                                    lacreshaw@spsr-law.com
                                  **Attorneys for Defendant, Home Depot U.S.A., Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading was sent by electronic and U.S. mail to all known attorneys of record as listed below this **18th** day of **November**, 2020.

William E. Mura, Jr., Esq.
Warren A. Forstall, Jr.
320 N. Carrollton Avenue, Suite 200
New Orleans, Louisiana 70119

                                                                      /s/ Lacresha D. Wilkerson