UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RUBEN WILLIAMS** | **CIVIL ACTION NO.** |
| **VERSUS** | **DISTRICT JUDGE:** |
| **HOME DEPOT U.S.A., INC.** | **MAGISTRATE JUDGE:** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF LOUISIANA

PARISH OF ORLEANS

## DECLARATION OF LACRESHA D. WILKERSON

COMES NOW, **LACRESHA D. WILKERSON,** who under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am counsel for defendant, Home Depot U.S.A., Inc. ("Home Depot").

2. On September 23, 2020, Ruben Williams ("Plaintiff"), filed suit in the Civil District Court for the Parish of Orleans, State of Louisiana, against Home Depot ("Petition"). *See* **Exhibit B**, Petition for Damages.

3. In Plaintiff's Petition, it is alleged that on February 3, 2020 while shopping at the Home Depot Store in New Orleans, Louisiana, Plaintiff slipped on a clear liquid substance. Plaintiff seeks to recover damages for personal injuries allegedly sustained as a result of the accident. *See* **Exhibit B**, Petition for Damages.

4. The Petition and Citation were served on Home Depot through its registered agent for service on October 19, 2020.

5. The Petition alleges that Plaintiff's damages may exceed the specific amount of damages necessary to establish the right to a jury trial, which, under Louisiana law, is $50,000. *See* **Exhibit B**, Petition for Damages, ¶ 3; LA CCP art. 1732.

6. The Petition alleges that Plaintiff suffered "serious injuries and damages" specifically described as "severe and painful personal injuries which required surgical repair." *See* **Exhibit B**, Petition for Damages, ¶¶ 3, 4.

7. Plaintiff also alleges that he is entitled to "present and future physical and mental pain and suffering and disability; and medical expenses, past and future." *See* **Exhibit B**, Petition for Damages, ¶ 6.

8. The surgical repair alone places the amount in controversy in excess of the jurisdictional requirements of this Court. When combined with Plaintiff's assertion that the amount in controversy meets the $50,000 minimum for a jury trial in Louisiana, the amount in controversy requirement for diversity jurisdiction is satisfied and is facially apparent from Plaintiff's Petition. *See* **Exhibit B**.

9. Considering the foregoing, this action is between completely diverse parties and involves an amount in controversy in excess of $75,000 and thus under the original jurisdiction of this Court pursuant to 28 U.S.C. § 1332.

10. The foregoing is true and correct to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 18, 2020.

_____
Lacresha D. Wilkerson