FILED
2020 SEP 23 PM 2:39
CIVIL DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2020-08004     DIVISION M-13

RUBEN WILLIAMS

VERSUS

HOME DEPOT U.S.A., INC.

FILED: _____     _____
                                                     DEPUTY CLERK

### PETITION FOR DAMAGES

The petition of RUBEN WILLIAMS, a person of the full age of majority and domiciled in the Parish of Orleans, State of Louisiana.

I.

Made defendant herein is HOME DEPOT U.S.A., INC., a domestic corporation authorized to do and doing business in the Parish of Orleans, State of Louisiana is liable unto petitioner for reasonable damages for the following, to-wit:

II.

On or about the 3rd day of February, 2020, your petitioner, RUBEN WILLIAMS was a customer at defendant's Home Depot store at 12300 I-10 Service Road in the Parish of Orleans, State of Louisiana. As petitioner was walking/shopping in Defendant's store he slipped due to a clear liquid on the floor. This caused serious injuries and damages to your petitioner.

III.

Pursuant to Louisiana Code of Civil Procedure article 893, the petitioner RUBEN WILLIAMS states his individual damages may exceed the specific amount of damages necessary to establish the right to a jury trial.

The petitioner, however, reserves his right to supplement and/or amend this paragraph of his Petition, as the nature and/or extent of his injuries and resultant damages may change.

IV.

As a result of said accident, RUBEN WILLIAMS, petitioner herein, was caused severe and painful personal injuries which required surgical repair.

V.

The above described accident and ensuing injuries to your petitioner were caused by no fault

of his own but solely by the negligence of defendant, in the following but not necessarily exclusive, acts and/or omissions of negligence:

1. Failure to properly maintain premises;
2. Failure to warn customers of known dangerous/hazardous conditions;
3. Failing to adequately inspect property and/or premises for hazardous conditions;
4. Placing customers in a perilous situation by lack of inspection, repair and/or maintenance;
5. Failure to protect customer from a known dangerous situation;
6. Failure to keep its aisles and floors in a safe condition; and
7. Any and all other acts and/or omissions of negligence which may be discovered or which may be learned prior to the trial hereof pursuant to Louisiana Civil Code Article 2315, 2316, 2317, 2317.1, 2322 and Louisiana Revised Statue 9:2800.6.

VI.

Petitioner, RUBEN WILLIAMS itemizes his damages as follows:

1. Past, present and future physical and mental pain and suffering and disability;
2. Medical expenses, past and future; and
3. Any and all other damages which may develop or be learned through discovery that will be proved at the trial hereof.

VII.

Petitioner avers amicable demand without avail.

VIII.

Petitioner requests service of citation on named defendant.

IX.

Pursuant to L.C.C.P. Article 1572, petitioner asks this Court for written notice ten (10) days in advance of the date fixed for the Trial or hearing of any Exception, Motion, Rule or Trial on the Merits, in the captioned proceeding, pursuant to L.C.C.P. Articles 1913 and 1914, and requests immediate notice of all Interlocutory and Final Orders and Judgments or Exceptions, Motions, Rules, or the Trial on the Merits in the captioned proceeding.

WHEREFORE, petitioner prays that defendant, HOME DEPOT U.S.A., INC. be duly served and cited to appear and answer this petition; all as provided by law; that after all legal delays and due proceedings had, there be judgment jointly, severally and in solido against the defendant, HOME

DEPOT U.S.A., INC. and in favor of plaintiff, herein, for reasonable damages, with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings, along with such other relief as law, equity and the nature of this case shall require.

Respectfully submitted:

_____
WILLIAM E. MURA, JR. (#9834)
WARREN A. FORSTALL, JR. (#5717)
320 N. Carrollton Avenue, Suite 200
New Orleans, LA 70119
Telephone: (504) 483-3400
Facsimile: (504) 483-3447

**PLEASE SERVE:**

HOME DEPOT U.S.A., INC.
Through its Registered Agent for Service of Process:
CSC of St. Tammany Parish, Inc.
4600 Highway 22, Suite 9
Mandeville, LA 70471

A TRUE COPY
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

Exhibit B

10-22-2020    20200256648    6020201022024027